UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHARON CRITTENDON, et al., <br> Plaintiffs, <br> vs. <br> DEPUY ORTHOPAEDICS, INC., et al., <br> Defendants. | Case No: C 11-01750 SBA <br><br> **ORDER STAYING ACTION** <br><br> Dkt. 24 |

Pursuant to the parties' stipulation to stay the proceedings pending resolution by the Judicial Panel on Multidistrict Litigation ("JPMDL") on whether to establish a Pinnacle Cup System MDL (Dkt. 24),

IT IS HEREBY ORDERED THAT the instant action is STAYED pending further order of the Court. Upon receiving notice of whether the above-referenced MDL will be established by the JPMDL, the parties shall jointly notify the Court of such determination. The Case Management Conference currently scheduled for September 7, 2011, at 2:45 p.m., shall remain on calendar. In the event that JPMDL has not yet ruled on the request to establish a Pinnacle Cup System MDL by September 7, 2011, the parties shall submit a stipulation to continue the Case Management Conference.

IT IS SO ORDERED.

Dated: April 29, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge